Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

3rd Circuit District of NEW JERSEY

Civil Division

| | |
|---|---|
| RAWLE HINES & PATRICIA HINES | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| TD BANK, N.A., PRUDENTIAL FOX & ROACH (aka BERKSHIRE HATHAWAY FOX & ROACH HOME SERVICES, MILDRED YAMBO, PATRICIA FRIEDRICHS, LYNN PETROZZA, et. al. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

      Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAWLE HINES & PATRICIA HINES |
| Street Address | 105 FORBES DRIVE |
| City and County | ATCO, CAMDEN |
| State and Zip Code | NEW JERSEY, 08004 |
| Telephone Number | (609) 504-6285 |
| E-mail Address | rawlehines99@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TD BANK, N.A. |
| Job or Title *(if known)* | LEGAL DEPARTMENT & CORPORATE OFFICE |
| Street Address | 1701 ROUTE 70 EAST |
| City and County | CHERRY HILL, CAMDEN COUNTY |
| State and Zip Code | NJ 08003 |
| Telephone Number | (888) 751-9000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | PRUDENTIAL FOX & ROACH/BERKSHIRE HATHAWAY |
| Job or Title *(if known)* | FOX & ROACH HOME SERVICES |
| Street Address | 701 ROUTEE 73 SOUTH, SUITE 100 |
| City and County | MARLTON, BURLINGTON COUNTY |
| State and Zip Code | NJ, 08053 |
| Telephone Number | (856) 810-5300 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | MILDRED YAMBO |
| Job or Title *(if known)* | (FORMER) AVP COMMUNITY AFFAIRS TD BANK, N.A. |
| Street Address | 6309 Browning Rd |
| City and County | Pennsauken, CAMDEN COUNTY |
| State and Zip Code | NJ 08109 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | PATRICIA FRIEDRICHS |
| Job or Title *(if known)* | (FORMER) REALTOR PRUDENTIAL FOX & ROACH |
| Street Address | 33 Vella La Vella Ln |
| City and County | Egg Harbor, ATLANTIC COUNTY |
| State and Zip Code | NJ, 08234 |
| Telephone Number | (609) 405-1937 |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        E-mail Address *(if known)*    patfriedrichs@hotmail.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☒ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

> Defendant TD BANK, N.A. is attempting to Foreclose on our property when they have no valid claim based on Frauds. 18 U.S. Code § 1344 - Bank fraud, 18 U.S. Code § 1016 - Acknowledgment of appearance, 18 U.S. Code § 1014 - Loan & credit applications generally, 18 U.S. Code § 1012 - Department of Housing and Urban Development transactions, 18 U.S. Code § 1011 - Federal land bank mortgage transactions, 18 U.S. Code § 1010 - Department of Housing and Urban Development and Federal Housing Administration transactions, 18 U.S. Code § 1005 - Bank entries, reports and transactions, 18 USC 47 Fraud & False Statements, REAL ESTATE SETTLEMENT PROCEEDURES ACT OF 1974 (RESPA) Violations, Truth in Lending Act 1968 (TILA) Violations, Racketeering 18 U.S. Code § 1961, Lender Liability - Breach of Contract/Fraud, 15 U.S.C. § 45 federal consumer fraud statute, Title 18 § 241 Conspiracy Against Rights, 42 USC § 1986 Action for Neglect to Prevent, Violation of 1st Time Home Buyers loan program contract. It would be detrimental to allow them to proceed and allow the sanctity of the Judicial System to be tarnished in the eyes of the Public when TD Bank, N.A. has done all of these offenses to us and the Doctrine of Unclean Hands states that they can not be aided by the court for the impropriety or even the appearance of impropriety. Fraud upon the Court, Due Process Violations of 5th & 14th Amendments, Fatal Defects in Case, Bias & Prejudice. Abuse of Authority, Abuse of Discretion, Intentional Judicial Misconduct & Judicial Interference.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* TD BANK, N.A., is incorporated under the laws of the State of *(name)* NEW JERSEY, and has its principal place of business in the State of *(name)* NEW JERSEY. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    $352,450.44 as the base amount being extorted from the Plaintiff for an unenforcible defective financial instrument due to multiple frauds and felonies in the inception and after, equating to over $1,407,351.32 with treble damages, compensatory damages and other punitive damages damages included.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    Events Occurred at TD Bank 55 S. White Horse Pike, Stratford NJ 08084 &  Trident Land Transfer Company NJ LLC, 701 Rt. 73 South Suite 100, Marlton, NJ 08053 and Camden County Hall of Justice, 101 South 5th Street, Camden NJ 08103 & Via Zoom , as well as Richard J. Hughes Justice Complex, Trenton, NJ 08625

  B.  What date and approximate time did the events giving rise to your claim(s) occur?

    Various Dates: July 2, 2009 at the Closing for most of the frauds.  Prior to 10/28/2013, 9/5/2013, & 12/2/2013 where TD Bank Maintained Patricia Hines was not Party to the Mortgage and could be told nothing about details of the Account whereby A fax authorization letter was sent to them and denied 10/28/2013.  On or about 9/5/2013 they sent a 3rd Party Authorization Letter in lieu of the rejected fax. On 12/2/2013 the 3rd Party Authorization letter was filled and faxed back to TD Bank and was still subsequently never adhered to by TD Bank Collections Department Reps when they called. 10/2/2019 Bank sent Landscapers to Trespass and Intimidate (conversation recorded & transcribed).

  C.  What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

    TD Bank Tried to Foreclose on a Void Mortgage.  They continue to push the issue even after the the discovery of their Banking Fraud for Profit was exposed.
    Plaintiffs have a claim against TD BANK, N.A. in general and via Respondeat Superior for their Agents committing Banking Fraud for Profit, Appraisal Fraud, Mortgage Loan Application Fraud, Notary Fraud, Improper Debt Collection Practice (Intimidation & Trespass),  Fraud upon the Court, Misprision of  Felony, Breach of Contract, RESPA & TILA Violations, Money Laundering, Racketeering, Conspiracy against Rights, Fraudulent Concealment and more.
    Physical evidence in the form of Bank Documents and records exist.  Unrebutted Affidavits and unrebutted sworn testimony was given and they still attempt to conceal their frauds.
    (See Attachment for Additional Information)

**IV.**  **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Due process has been ignored, as well as relevant evidence of frauds invalidating the Mortgage, therefore Foreclosure is inappropriate in this case. Still the State Superior Court of Camden County is set to allow TD Bank, N.A. to violate the Uniform Commercial Code & Contract Law general principles of equity and fundamental fairness as well as the covenant of good faith which they had done at inception and allow wrongful foreclosure. The Court would be violating 18 U.S.C. § 4 - Misprision of Felony and assisting with the irreparable damage and miscarriage of justice in a wrongful foreclosure and Conspiracy Against Rights because the Foreclosure Court does not have the Jurisdiction to hear the Entire Matter going against the Entire Controversy Doctrine, ignoring the Unclean Hands Doctrine for the Banks multiple Frauds and Felonies. The Foreclosure Court has shown more than the Appearance of Impropriety by defying the Federal & State Moratorium on Foreclosure and processing the Foreclosure in this action on July 1, 2020 unlawfully and Ex-Parte. We have been prejudiced with other Ex-Parte communications and biases throughout and apparently cannot get a fair trial for catching and reporting these issues. It would be irreparable damages to let the foreclosure case continue without any consideration of our ligitimate Defenses contrary to 5th and 14th Amendment Rights concerning Trials and Rights to Defense in a Trial especially when the Trial Court, Plaintiff and their Attorneys have been repeatedly forwarned of the Conspiracy Against Rights, the Fraud upon the Court and egregious prejudices that have been perpetrated against Rawle Hines & Patricia Hines.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We were defrauded of $21, 000.00 for the Appraisal Fraud. The sales Price was $236, 000.00 and the original more accurate appraisal was $215,00.00 but was increased through conspiracy to commit Appraisal Fraud to $230,000.00. Fraud has caused lasting effects leading to eventual foreclosure, damaged Credit Report, Stress and Anxiety, Legal Costs for fighting Foreclosure Suit for 7+ years. Victimized by Violation of NJ Consumer Fraud Act, Violations of Contract Law, Banking Laws, & Conspiracy. We weren't given our 1% discount on Rate as 1st Time Home-buyer Course Graduate. Bank sent landscapers to property for intimidation on 10/02/2019 and the Accounting has been off showing excessive fees & Costs. 3x $1850.00 Treble Damages for lost 1% Discount as 1st Time Homebuyer Course Graduate for 7 years = $38,850.00 + 3 x $352,450.44 Treble Damages for the Entire Fraudulent Note and Mortgage and Interest = $1,096,201.32 + Damage to Credit Report for Years and inability to replace damaged vehicles $20,000.00 + Legal Fees (TBA), $1,764 Late Fees, uncredited partial payments TBD alleged to be escheated ($2481.98) and unaccounted funds ($11,958.27) missing from closing (Gift Letter $60,863.18 & $5,000 Deposit but Settlement listed 53,904.91 cash from Buyer), as well as $100/month pain and suffering for 3 indiviuals 2013-2025 = $43,200. All together totalling $1,175,605.57 due to Plaintiffs.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/17/2025

Signature of Plaintiff

Printed Name of Plaintiff   Rawle Hines, Patricia Hines Without Prejudice UCC 1-308

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address